
AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

v.

DOUGLAS EDWIN RYCHENER

**WARRANT FOR ARREST**

CASE NUMBER: MAG.NO. 03-297 LEK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DOUGLAS EDWIN RYCHENER _____
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Erin Taniguchi  (SEAL) | APR 24 2003 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _to be determined_ by _____ United States Magistrate Judge _____
<br>Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.