ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 28 2003

at 2 o'clock and ___ min ___
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, Jr.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 03-297 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION TO |
| | ) | DETAIN WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| DOUGLAS EDWIN RYCHENER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

1.  **Eligibility Of Case**. This Defendant is eligible for detention because the case involves (check all that apply):

 _____ a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

 _____ b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

 _____ c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

 _____ d.  A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

 __X__ e.  Crime of violence (3142(f)(1)(A))

 _____ f.  Maximum sentence life imprisonment or death (3142(f)(1)(B))

 _____ g.  10+ year drug offense (3142(f)(1)(C))

 _____ h.  Felony, with two prior convictions in above categories (3142(f)(1)(D))

 __X__ i.  Serious risk Defendant will flee (3142(f)(2)(A))

 __X__ j.  Danger to other person or community **

 _____ k.  Serious risk obstruction of justice (3142(f)(2)(B))

 _____ l.  Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

2.  **Reason For Detention.** The Court should detain Defendant (check all that apply):

   **X** a. Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

   **X** b. Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

   ___ c. Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3.  **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

   ___ a. Probable cause to believe Defendant committed 10+ year drug offense

   ___ b. Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

   ___ c. Previous conviction for eligible offense committed while on pretrial bond

3

4. **Time For Detention Hearing.**  The United States requests that the Court conduct the Detention Hearing:

    \_\_\_\_ a.    At first appearance

    _X_ b.    After continuance of 3 days (not more than 3)

5. **Rule 40 Cases.**  The United States requests that the Detention Hearing be held:

    \_\_\_\_ a.    In the District of Hawaii

    \_\_\_\_ b.    In the District where charges were filed

6. **Other Matters.**

None.

DATED: April 28, 2003, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

By   _/s/ Wes Porter_
       WES PORTER
       Assistant U.S. Attorney