# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/28/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    MAG NO. 03-0297LEK

CASE NAME:      USA vs. DOUGLAS RYCHENER

ATTYS FOR PLA:  Wes Porter

ATTYS FOR DEFT: Pamela J. Byrne

INTERPRETER:

---

JUDGE:  Leslie E. Kobayashi          REPORTER:  Courtroom 6-Tape 1388

DATE:   04/28/2003                   TIME:      2:00-2:01

---

COURT ACTION:  EP: Initial Appearance - Defendant present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. AFPD Pamela J. Byrne and the Office of the Public Defender Apptd Atty.

Charges received. Motion to Detain filed.

Detention Hearing set for 10:00 5/1/03, KSC.
Preliminary Hearing set for 10:00 5/12/03, KSC.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager