AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2003

at __9__ o'clock and __ min. __M.
WALTER A.Y.H. CHINN, CLERK

# United States District Court

### DISTRICT OF _____

UNITED STATES OF AMERICA

v.

DOUGLAS EDWIN RYCHENER

## WARRANT FOR ARREST

CASE NUMBER: MAG.NO. 03-297 LEK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DOUGLAS EDWIN RYCHENER_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

in violation of
Title _____18_____ United States Code, Section(s) __922(g)(1)__

Walter A.Y.H. Chinn                    Clerk U.S. District Court
Name of Issuing Officer                Title of Issuing Officer

_(signature)_                          APR 24 2003
Signature of Issuing Officer           Date and Location

Bail fixed at $ _to be determined_  by  _____
                                        United States Magistrate Judge
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_Kealakehe Police Station, Kailua-Kona, HI_

| DATE RECEIVED  4-24-2003 | NAME AND TITLE OF ARRESTING OFFICER  TY K. TORCO  SPECIAL AGENT, ATF | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST  4-24-2003 | | |

This form was electronically produced by Elite Federal Forms, Inc.