# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/1/03  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MA03-0297LEK

CASE NAME:        USA v. Douglas Edwin Rychener

ATTYS FOR PLA:    Omer Poirier for Wes Porter

ATTYS FOR DEFT:   Pamela J. Byrne

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | C5, tape #1114 |
|---|---|---|---|
| DATE: | 5/1/03 | TIME: | 10:37-10:39am |

COURT ACTION:  EP: Detention Hearing - defendant present, in custody. Government's Motion to Detain is granted. Government to prepare the order. Defendant is remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Douglas Rychener, sa.wpd

