EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2003

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. _____ |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| DOUGLAS EDWIN RYCHENER, ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

CR03 00225 DAE

**I N D I C T M E N T**
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about April 23, 2003, in the District of Hawaii, defendant DOUGLAS EDWIN RYCHENER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to

wit: Ruger, Model 10/22, .22 caliber semiautomatic rifle bearing Serial Number 231-79542.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: May 7, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. DOUGLAS EDWIN RYCHENER
Cr. No.
"INDICTMENT"