AO 83 (Rev. 12/85) Summons in a Criminal C[ase]

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00225 DAE |

DOUGLAS EDWIN RYCHENER
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>COURTROOM 5 |
|---|---|
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | May 12, 2003 @ 10:00 a.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2).

Brief description of offense:
Felon in possession of a firearm.

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

May 8, 2003

Date

) 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service as made by me on:[1]                                   Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____
                    Date                Name of United States Marshal

Michael A. Ferstl, AUSM
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure