AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2003

at 9 o'clock and 10 min. a M.
WALTER A. Y. H. CHINN, CLERK

ORIGINAL

CR 03-225 DAE

## RETURN OF SERVICE

Service as made by me on:[1] Date 5-12-03

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS Cellblock - 300 Ala Moana Blvd Hon HI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on 5-12-03 (Date) ______ [signature] (Name of United States Marshal)

Michael A. Ferstl, AUSM
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 13 2003
at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

# UNITED STATES DISTRICT COURT

District of Hawaii

UNITED STATES OF AMERICA

V.

DOUGLAS EDWIN RYCHENER
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 03-00225 DAE

Ann: Serve in C-block!

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 5 |
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>May 12, 2003 @ 10:00 a.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2).

Brief description of offense:
Felon in possession of a firearm.

03 MAY 8 A10:11
DISTRICT OF HAWAII

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

May 8, 2003

Signature of Issuing Officer/Deputy Clerk

Date