# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
5/12/03  4:30 pm<br>
<br>
WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR03-00225DAE

CASE NAME:       USA v. Douglas Edwin Rychener

ATTYS FOR PLA:   Wes Porter

ATTYS FOR DEFT:  Pamela J. Byrne

INTERPRETER:

---

JUDGE:  Kevin S. C. Chang        REPORTER:  C5, tape #1121

DATE:   5/12/03                  TIME:      10:40-10:41

---

COURT ACTION:  EP: A&P as to the Indictment - defendant present, in custody.

Arraignment waived, plea of Not Guilty entered. Trial date given.

Jury Selection/Trial: 7/8/03, 9:00am, Judge Ezra
Final Pretrial Conference: 6/9/03, 10:00am, Judge Kurren
Motions: 6/2/03
Response: 6/16/03

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Douglas Rychener2,sa.wpd