

**Richlyn Young**
06/04/2003 04:43 PM

To: HIDml_CR Notice Group
cc:
Subject: CR 03-00225DAE  USA v. Douglas Rychener

Final Pretrial Conference as to Douglas Rychener is continued from 6-9-03 to 6-16-03 @ 10 a.m. BMK due to unavailability of Pamela Byrne.

AUSA: Wes Porter


Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 4 2003

at 5 o'clock and 30 p.m.
WALTER A. Y. H. CHINN, CLERK