# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/03  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR NO. 03-00225DAE

CASE NAME:       United States of America Vs. Douglas E. Rychener

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    6/16/03                  TIME:

---

COURT ACTION:  EO: Stipulation to Continue Trial, Final PreTrial Conference and Motions Date will be submitted for Court approval.

The new Dates are :

Jury Selection/Jury Trial to Follow-September 30, 2003 @9:00 a.m. before Judge Ezra.

Final PreTrial Conference-August 25, 2003 @10:00 a.m. before Judge Chang.

Defendants Motions are to be filed by July 7, 2003

Governments Response to be filed by July 21, 2003

Stipulation to include excludable time through September 30, 2003

Submitted by Leslie L. Sai, Courtroom Manager

G:\docs\leslie\Douglas E. Rychener,ls.wpd