ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2003

LODGED

JUN 23 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00225 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| DOUGLAS EDWIN RYCHENER, | ) | |
| | ) | New Trial Date: |
| Defendant. | ) | September 30, 2003 |
| | ) | |

STIPULATION AND ORDER CONTINUING TRIAL
AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for July 8, 2003, be continued to September 30, 2003, at 10:00 a.m., before District Court Judge David A. Ezra.  The final pretrial conference will be held on August 25, 2003, at 10:00 a.m., before Magistrate Kevin S.C. Chang.  Defense motions are due on July 7,

2003, and the Government's responses are due on July 21, 2003.

IT IS FURTHER STIPULATED that the time period beginning and including July 8, 2003, to and including September 30, 2003, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the

//
//
//
//
//
//
//
//
//
//
//
//
//

Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

    IT IS SO STIPULATED:

DATED: June 20, 2003, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

By _____
    WES REBER PORTER
    Assistant U.S. Attorney

By _____
    PAMELA J. BYRNE
    Attorney for the Defendant
    DOUGLAS EDWIN RYCHENER

    IT IS APPROVED AND SO ORDERED:

DATED: June 27, 2003, at Honolulu, Hawaii.

_____
~~SUSAN OKI MOLLWAY~~ David Alan Ezra
United States District Judge

United States v. DOUGLAS EDWIN RYCHENER
CR. NO. 03-00225 DAE
"Stipulation and Order Continuing
    Trial and To Exclude Time"