# MINUTES

```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
                                 08/07/2003 4:30 PM
                              WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CR 03-00225DAE

**CASE NAME:** United States of America   vs.   Douglas Edwin Rychener

**ATTYS FOR PLA:**
Wes Porter

**ATTYS FOR DEF:**
Pamela J. Byrne

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA        **REPORTER:** CYNTHIA FAZIO

**DATE:** 08/07/2003                    **TIME:** 9:00:00 AM

                                        **ROOM:** AHA KUPONO

**COURT ACTION:** EO

Jury Selection/Trial to Follow has been continued from 09/30/2003 09:00:00 AM to 10/28/2003 09:00:00 AM before DAE

New dates given:

FPT: 9/29/2003 @10:00amBMK
Motions due: 9/2/2003
Responses due: 9/16/2003

Stip to be prepared by Ms. Byrne


Submitted by: Theresa Lam, Courtroom Manager

Created: 08/07/2003 10:42:19 AM                                Document: 38537701