ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS RYCHENER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00225 DAE |
|---|---|
| Plaintiff, | ) NOTICE OF MOTION; MOTION TO ) SUPPRESS EVIDENCE; |
| vs. | ) MEMORANDUM OF LAW; ) EXHIBITS A - G; DECLARATION OF |
| DOUGLAS RYCHENER, | ) COUNSEL; CERTIFICATE OF ) SERVICE |
| Defendant. | ) |
|  | ) DATE:  September 24, 2003 ) TIME:  9:00 a.m. ) JUDGE: Chief ~~David A. Ezra~~ LDG |

## NOTICE OF MOTION

TO:   EDWARD H. KUBO
      United States Attorney

      WES REBER PORTER
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable ~~David A. Ezra~~ LDG, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on September 24, 2003, at 9:00 a.m., or as soon as counsel may be heard.

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:    fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS RYCHENER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00225 DAE |
| Plaintiff, | ) |
| | ) MOTION TO SUPPRESS EVIDENCE |
| vs. | ) |
| DOUGLAS RYCHENER, | ) |
| Defendant. | ) |

## MOTION TO SUPPRESS EVIDENCE

COMES NOW the defendant, Douglas Rychener, through counsel, Pamela J. Byrne, Assistant Federal Defender, and moves this Honorable Court to enter an order suppressing as evidence all items unlawfully seized by the Hawaii County Police Department from his home on April 23, 2003. In addition, Rychener moves to suppress

all evidence obtained from his backpack which was within the residence and searched without warrant.

Douglas Rychener also moves this Honorable Court to grant a hearing pursuant to the dictates of Franks v. Delaware, 438 U.S. 154 (1978), in order to challenge the validity of the search warrant upon his home. Upon completion of said hearing, Rychener respectfully moves this Court to find the warrant invalid and to suppress all evidence seized as a result of the search warrant.

This motion is made pursuant to the Fourth and Fifth Amendments to the United States Constitution, rule 12(b)(3) of the Fourth and Fifth Amendments to the United States Constitution, Franks v. Delaware, 438 U.S. 154 (1978), the attached memorandum and declaration of counsel, the attached declarations of Charles Rychener, Janet Rychener, and Madeline Rychener, the records and files in this case, and such further evidence and argument as may be adduced at a hearing on this motion.

DATED: Honolulu, Hawaii, August 8, 2003.

PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER