**EXHIBIT D**

### PUBLIC ACCESS RAP SHEET

This record is based on the search criteria: Last Name = FONTES, First Name = GERALD, Soc Sec No = 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, Date of Birth = 08/28/1964, Sex = MALE

### CONVICTION INFORMATION



**PHOTO DATE:**

**This Record Belongs To:**
FONTES, GERALD FRANCIS
38, 5'8, 135 LBS.

| Total Convictions: 13 | Conviction Information

### Conviction Information                                                                 Top

**Also Known As:**
FONTES, GERALD F

### Summary of Charges

| | Arrest Date | Arrest Agency | Final Charge | Disposition | Date |
|---|---|---|---|---|---|
| 1 | 03/09/2000 | HAWAII PD | DRIV UN INF LIQ - PETTY MISD | GUILTY | 03/08/2000 |
| 2 | 03/09/2000 | HAWAII PD | DWOL-LICENSING - MISDEMEANOR | GUILTY | 03/08/2000 |
| 3 | 03/09/2000 | HAWAII PD | MV NO-FAULT INS - VIOLATION | GUILTY | 03/08/2000 |
| 4 | 01/01/1999 | HAWAII PD | RESIST ARREST - MISDEMEANOR | GUILTY | 05/26/1999 |
| 5 | 01/01/1999 | HAWAII PD | MV NO-FAULT INS - VIOLATION | GUILTY | 05/26/1999 |
| 6 | 01/01/1999 | HAWAII PD | DELINQ PENALTY - MISDEMEANOR | GUILTY | 05/26/1999 |
| 7 | 01/01/1999 | HAWAII PD | NO INSPEC CERT - PETTY MISD | GUILTY | 05/26/1999 |
| 8 | 07/11/1997 | HAWAII PD | CRIM CONTMP CRT - MISDEMEANOR | GUILTY | 09/05/1997 |
| 9 | 09/12/1985 | HONOLULU PD | DRIV UN INF LIQ - PETTY MISD | GUILTY | 09/05/1997 |
| 10 | 09/12/1985 | HONOLULU PD | DWOL-LICENSING - MISDEMEANOR | GUILTY | 09/05/1997 |
| 11 | 03/16/1985 | HONOLULU PD | PRO DET DR 3 - PETTY MISD | GUILTY | 03/19/1985 |
| 12 | 07/16/1984 | HAWAII PD | CRIM CONTMP CRT - MISDEMEANOR | GUILTY | 08/06/1984 |
| 13 | 04/19/1983 | HAWAII PD | DRIV UN INF LIQ - PETTY MISD | GUILTY | 07/01/1983 |

### CHARGE 1 OF 13 TOTAL CHARGES                                                   Top

**Charge:** On 03/09/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.

**Disposition:** On 03/08/2000, SUBJECT WAS FOUND GUILTY.

**DEFENDANT'S EXHIBIT D**

**Case No:** 2686 (HONOLULU DISTRICT COURT)
**Arrest Report No:** K92379

Back to Summary of Charges

| CHARGE 12 OF 13 TOTAL CHARGES | Top |

**Charge:** On 07/16/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
**Disposition:** On 08/06/1984, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 08/06/1984, SUBJECT WAS SENTENCED TO 7 DAY(S) CONFINEMENT, $25 FINE, and 60 DAY(S) SUSPENDED SENTENCE.
**Case No:** (no case #) (HILO DISTRICT COURT)
**Arrest Report No:** C-07398

Back to Summary of Charges

| CHARGE 13 OF 13 TOTAL CHARGES | Top |

**Charge:** On 04/19/1983, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.
**Disposition:** On 07/01/1983, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 04/09/1984, SUBJECT WAS RE-SENTENCED TO 11 HOUR(S) COMMUNITY SERVICE and 60 HOUR(S) CONFINEMENT.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
**Arrest Report No:** B-89438

Back to Summary of Charges

The attached criminal history information is being furnished based upon the descriptive information you have provided and not as the result of a fingerprint comparison. Therefore, there is no guarantee that this record concerns the person in whom you are interested. Further, the search is limited to conviction data maintained solely by the State of Hawaii. It does not necessarily include data maintained by the FBI or other states.

Because additions/deletions may be made at any time, a new copy should be requested when needed for subsequent use. Every effort is made to insure the accuracy of this information. Any disputes should be addressed separately with the Hawaii Criminal Justice Data Center.