**EXHIBIT F**



*[Map of Naalehu area, Hawaii, showing Mamalahoa Hwy (Kau Belt Rd, Hwy 11), Kaalaiki Rd, Cane Haul Rd, Radio Tower, Whittington Park, Kaunamano Homesteads, and "To Volcano" and "To South Point" directions. Inset shows detail of Naalehu village with streets: Ohai Rd, Nahele, Lokelani, Kilika, Opukea, Milo, Kukui, Melia, Kaalaiki, Puaala Pl, Naalehu Spur Rd, Niu, Maia, Poha, and features Naalehu Park, Schools, Naalehu Village SBD. Marked "NOT TO SCALE". © 1996 William E. Wright, et al. PAGE 7.]*