**EXHIBIT G**



STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )   HAWAII

### AFFIDAVIT OF CHARLES RYCHENER

Affiant having first been duly sworn under oath deposes and says that:

1. I am Douglas Rychener's father;

2. My son, his wife Madeline and our three grandchildren have lived within one mile of my wife Janet and me, for the entire time Doug and Madeline have been together, a period of 17 years;

3. My two grandsons now live in the Mainland, but Madeline and Vanity Rychener still live in Na'alehu;

4. Before that, Doug has lived with us even after he graduated from Ka'u High;

5. I have never seen my son wear or own any fanny pack, black or any other color for the entire time I've known him;

6. Doug has made negative comments about men who use fanny backs;

7. I am confident that Doug would never own or keep a fanny pack.

Further affiant sayeth naught.

_____
CHARLES RYCHENER

Subscribed and sword/affirmed to before me
this 28th day of July, 2003,
by Charles Rychener.

_____
Notary Public, State of Hawaii
My commission expires: 12-7-03

L9

**DEFENDANT'S EXHIBIT G**

STATE OF HAWAII )
                         HAWAII )  SS.
~~CITY AND~~ COUNTY OF ~~HONOLULU~~ )

### AFFIDAVIT OF JANET RYCHENER

Affiant, having first been duly sworn under oath deposes and says that:

1. I am the mother of Douglas Rychener;

2. My son Douglas Rychener and my daughter in law Madeline Rychener, have lived within one mile of our family home in Na'alehu for the seventeen years they have been together;

3. Prior to that period, my son resided with us continuously after he graduated from Ka'u High School;

4. I have seen my son on almost a daily basis and at the very minimum three times a week over the years;

5. Despite the fact that I have seen him almost daily for all his life, I have never seen my son wearing any fanny pack ever;

6. I have been to my son's home very often and have never seen a fanny pack at his residence;

7. Even when fanny packs were popular, my son thought any male who wore one was "uncool" and "gay."

Further affiant sayeth naught.

                                                                                                    JANET RYCHENER

Subscribed and sword/affirmed to before me
this 28th day of July, 2003,
by Charles Rychener.

                                                                   Notary Public, State of Hawaii
                                                                  My commission expires: 12-7-03

STATE OF HAWAII            )
~~CITY AND~~ COUNTY OF ~~HONOLULU~~  HAWAII  )  SS.

## AFFIDAVIT OF MADELINE RYCHENER

Affiant having first been duly sworn under oath deposes and says that:

1. I am the wife of Douglas Rychener and have been with Doug as a girlfriend and wife for a period of 17 years;

2. During this period, I have never seen my husband wear or own a fanny pack of any kind;

3. Doug says that fanny packs for men are "gay" and he thinks they are effeminate;

4. Gerald Fontes wears and owns a black fanny pack;

5. My husband has never used a small cookie can to store drugs in; We do not have a small cookie can.

6. Gerald Fontes has had a crush on me for several years. He has told friends of mine that when Doug goes to prison he will get me to be his girlfriend;

7. Gerald Fontes was the main dealer of crystal methamphetamine for my husband. My husband was aware of Gerald's infatuation with me and often encouraged me to buy "ice" from Fontes because I would get a better deal;

8. Fontes would often give us free "ice" so that he could hang out with me at our house;

9. On 4/23/03, after my husband was arrested and taken into custody, Fontes showed up at my house to mow my lawn. He seemed to know that Doug would be gone. He mowed the lawn and I paid him $10.00;

10. I felt creepy after he showed up and told him not to come around;

11. My husband and I only used "ice" and Gerald Fontes was our supplier; We never supplied Gerald Fontes with "ice."

12. I no longer use ice or illegal drugs and have been clean and sober for 6 and ½ months.

Further affiant sayeth naught.

_____
MADELINE RYCHENER

Subscribed and sword/affirmed to before me
this **28th** day of **July**, 2003,
by **MADELINE RYCHENER**.

_____
Notary Public, State of Hawaii
My commission expires: **12-7-03**