## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 8, 2003:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, August 8, 2003.

_____
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER