**ORIGINAL**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-mail:       fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS RYCHENER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2003

at ___ o'clock and ___ min. ___
WALTER A.Y.H. CHINN, CLERK

LODGED

AUG 0 6 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00225 DAE |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING TRIAL AND |
| DOUGLAS RYCHENER, | ) EXCLUDING TIME |
| Defendant. | ) |

**STIPULATION AND ORDER
CONTINUING TRIAL AND EXCLUDING TIME**

IT IS HEREBY STIPULATED AND AGREED to by and between

the parties herein that the jury trial presently scheduled for September 30, 2003,

be continued to October 28, 2003, at 9:00 a.m., before Chief Judge David A. Ezra;



final pretrial is set for September 29, 2003, at 10:00 a.m., before Judge Barry M. Kurren; the motions deadline is September 2, 2003; with the government's response due September 16, 2003. The reason for the requested continuance is that defense counsel needs additional time to prepare for trial.

Therefore, THE COURT FINDS that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in having a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv).

IT IS FURTHER STIPULATED by the parties and the COURT FINDS that the time period beginning and including September 30, 2003, to and including October 28, 2003 be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

//

//

//

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, _August 6, 2003_

_____
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER

_____
WES REBER PORTER
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _AUG 8 2003_

_____
The Honorable DAVID A. EZRA
Chief United States District Court Judge
District of Hawaii

UNITED STATES OF AMERICA v. DOUGLAS RYCHENER
CR. NO. 03-00225 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND EXCLUDING TIME

3