**EXHIBIT A**

**CJIS-Hawaii CRIMINAL JUSTICE INQUIRY- FULL RAP SHEET**
**FONTES, GERALD FRANCIS**

| SID: | Soc Sec No: | FBI No: |
|---|---|---|

**\*\*CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY\*\***

| | |
|---|---|
| Address:<br>PUAALA ST.<br>NAALEHU, HI 96772<br>As of Date: | Sex: MALE<br>Race: OTHER<br>Date of Birth:<br>Height: 5'8"<br>Weight: 135 lbs.<br>Hair Color: BROWN<br>Eye Color: GREEN |

**Career Criminal:**

| | |
|---|---|
| US Citizen: Y | Place of Birth: HAWAII |
| Offender Status: TO DIST. COURT | Status Update Date: 08/08/2003 |
| Multi-State Offender: | Custody Facility: |
| Has Previous Federal Arrest(s): | Latest Arrest Agency: HAWAII PD |
| Has/Had Juvenile Record: | Supervision Agency: |
| DNA Sample: | Fingerprint Class: W W W W \ ,W W W W / |

Comment Date:
Comments:

Top

**CHARGE SUMMARY**

| | Arrest/Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|
| Felonies: | 5 | 0 | 5 | 0 |
| Misdemeanors: | 12 | 8 | 4 | 0 |
| Petty Misdemeanors, Violations: | 12 | 7 | 5 | 0 |
| Total All Severities: | 29 | 15 | 14 | 0 |

| Arrest Add-On | Charge Description | MD | SV | Final/Last Charge | Charge Description | MD | SV | Arrest Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 712-1242 | PRO DANG DR 2 | | FB | | | | | 2 | 0 | 2 | 0 |
| 134-0051 | CARRY DEAD WPN | | FC | | | | | 1 | 0 | 1 | 0 |
| 329-0043.5 | DRG PARAPHERNAL | | FC | | | | | 2 | 0 | 2 | 0 |
| 710-1077 | CRIM CONTMP CRT | | MD | | | | | 6 | 3 | 3 | 0 |
| 249-0010 | DELINQ PENALTY | | MD | | | | | 1 | 1 | 0 | 0 |
| 286-0102 | DWOL-LICENSING | | MD | | | | | 3 | 3 | 0 | 0 |
| 710-1026 | RESIST ARREST | | MD | | | | | 1 | 1 | 0 | 0 |
| 710-1027 | RS ORDR TO STOP | | MD | | | | | 1 | 0 | 1 | 0 |
| 711-1101 | DISORD CONDUCT | | PM | | | | | 1 | 0 | 1 | 0 |
| 291-0004 | DRIV UN INF LIQ | | PM | | | | | 4 | 3 | 1 | 0 |
| 286-0025 | NO INSPEC CERT | | PM | | | | | 1 | 1 | 0 | 0 |
| 712-1249 | PRO DET DR 3 | | PM | | | | | 1 | 1 | 0 | 0 |

http://coreobts/obts/CCHSearchServlet?NEXT_TARGET=/obtscurrent/cjinquiry/cjdetails.j... 9/10/2003



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 291-0025 | DRVE W/OUT LGTS | VL | | 1 | 0 | 1 | 0 |
| 910-1-14-1 | LIQ PROHIBITED | VL | | 1 | 0 | 1 | 0 |
| 431:10C104 | MV NO-FAULT INS | VL | | 2 | 2 | 0 | 0 |
| 291C-0102 | SPEEDING | VL | | 1 | 0 | 1 | 0 |

## ADDITIONAL IDENTIFICATION INFORMATION                                    Top

| Alias | Date of Birth | Soc Sec No |
|---|---|---|
| FONTES,GERALD F | No Data Available | No Data Available |

| Scars/Marks/Tattoos: Type / Description | Miscellaneous No | |
|---|---|---|
| TAT L ANKL | HAWAII CTY MISC NO | 25773 |

## PRIOR ADDRESS INFORMATION                                                Top

| Address | Telephone | As of Date |
|---|---|---|
| PUAALA STREET NAALEHU, HI 96772 | | |
| PUAALA ST NAALEHU, HI 96772 | | |
| OPUKEA ST/POB 849 NAALEHU, HI 96772 | 9297655 | 03/09/2000 |
| PO BOX 849/37 OPUKEA ST NAALEHU, HI 96772 | | 01/01/1999 |

## LIST OF ARRESTS                                                          Top

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile | |
|---|---|---|---|---|---|---|---|
| 65428E6 | 08/06/2003 | HAWAII PD | KU | N | | | ** AG CASE ** |
| 61524E8 | 04/11/2003 | HAWAII PD | KU | Y | | N | |
| 60603E4 | 03/13/2003 | HAWAII PD | KU | N | | N | |
| 69781B6 | 03/09/2000 | HAWAII PD | KU | | | | |
| 56837B7 | 01/01/1999 | HAWAII PD | KU | Y | Y | | |
| 65115A3 | 07/11/1997 | HAWAII PD | | | | | |
| 3757945 | 09/12/1985 | HONOLULU PD | | | | | |
| 3339595 | 03/16/1985 | HONOLULU PD | | | | | |
| 8098915 | 08/31/1984 | HAWAII PD | | | | | |
| 8255366 | 07/16/1984 | HAWAII PD | | | | | |
| 8057051 | 03/26/1984 | HAWAII PD | | | | | |
| 8094666 | 02/12/1984 | HAWAII PD | | | | | |
| 8014292 | 06/14/1983 | HAWAII PD | | | | | |
| 8076440 | 04/19/1983 | HAWAII PD | | | | | |

## LIST OF CHARGES

### CHARGE 1 of 29   TOTAL CHARGES                                           Top

Charge: On 08/06/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
Disposition: On 08/07/2003, SUBJECT WAS FOUND GUILTY.
Sentence: On 08/07/2003, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT.
Offense: On 07/24/2003, the offense took place at KEAKEALANI BLDG RM 224.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: H-58651
Tracking No: 65428E6
Reference Case: The case-in-chief for this charge is Report No: H-41767H

### CHARGE 2 of 29   TOTAL CHARGES                                           Top

Charge: On 04/11/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for CARRYING A DEADLY WEAPON (HRS 134-0051) which is coded as being a FELONY CLASS C.
Disposition: On 04/12/2003, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 04/11/2003, the offense took place at WONG YUEN STORE, WAIOHINU,KAU.
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report

No:H-45198
Tracking No:61524E8

**CHARGE 3 of 29  TOTAL CHARGES**                                              Top

Charge: On 04/11/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DANGEROUS DRUG 2 (HRS 712-1242) which is coded as being a FELONY CLASS B.
Disposition: On 04/12/2003, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 04/11/2003, the offense took place at NAALEHU STATION, KAU.
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: H-45202
Tracking No:61524E8

**CHARGE 4 of 29  TOTAL CHARGES**                                              Top

Charge: On 04/11/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for PROHIBITED ACTS RELATED TO DRUG PARAPHERNALIA (HRS 329-0043.5) which is coded as being a FELONY CLASS C.
Disposition: On 04/12/2003, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 04/11/2003, the offense took place at NAALEHU STATION, KAU.
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: H-45203
Tracking No:61524E8

**CHARGE 5 of 29  TOTAL CHARGES**                                              Top

Charge: On 04/11/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DANGEROUS DRUG 2 (HRS 712-1242) which is coded as being a FELONY CLASS B.
Disposition: On 04/12/2003, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 04/11/2003, the offense took place at NAALEHU STATION, KAU.
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: H-45204
Tracking No:61524E8

**CHARGE 6 of 29  TOTAL CHARGES**                                              Top

Charge: On 04/11/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for PROHIBITED ACTS RELATED TO DRUG PARAPHERNALIA (HRS 329-0043.5) which is coded as being a FELONY CLASS C.
Disposition: On 04/12/2003, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 04/11/2003, the offense took place at NAALEHU STATION.
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: H-45205
Tracking No:61524E8

**CHARGE 7 of 29  TOTAL CHARGES**                                              Top

Charge: On 03/13/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for DWOL-LICENSING (HRS 286-0102) which is coded as being a MISDEMEANOR.
Disposition: On 07/09/2003, SUBJECT WAS FOUND GUILTY.
Sentence: On 07/09/2003, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT.
Offense: On 03/13/2003, the offense took place at KAHILI-PALI.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: H-41767
Tracking No:60603E4

**CHARGE 8 of 29  TOTAL CHARGES**                                              Top

Charge: On 03/09/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.


Disposition: On 03/08/2000, SUBJECT WAS FOUND GUILTY.
Sentence: On 03/08/2000, SUBJECT WAS SENTENCED TO 72 HOUR(S) COMMUNITY SERVICE.
Offense: On 03/22/1999, the offense took place at NAALEHU DISTRICT COURT.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: F-89303
Tracking No: 69781B6

**CHARGE 9 of 29 TOTAL CHARGES**                                                Top

Charge: On 03/09/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for DWOL-LICENSING (HRS 286-0102) which is coded as being a MISDEMEANOR.
Disposition: On 03/08/2000, SUBJECT WAS FOUND GUILTY.
Sentence: On 03/08/2000, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT, 1 YEAR(S) SUSPENDED SENTENCE, and 30 DAY(S) CONFINEMENT TIME SUSPENDED.
Offense: On 03/22/1999, the offense took place at NAALEHU DISTRICT COURT.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: F-89304
Tracking No: 69781B6

**CHARGE 10 of 29 TOTAL CHARGES**                                               Top

Charge: On 03/09/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for OPERATION/REGISTRATION OF MOTOR VEH: NO-FAULT INS (HRS 431:10C104) which is coded as being a VIOLATION.
Disposition: On 03/08/2000, SUBJECT WAS FOUND GUILTY.
Sentence: On 03/08/2000, SUBJECT WAS SENTENCED TO 75 HOUR(S) COMMUNITY SERVICE and 90 DAY(S) DRIVER'S LICENSE SUSPENSION.
Offense: On 03/22/1999, the offense took place at NAALEHU DISTRICT COURT.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: F-89305
Tracking No: 69781B6

**CHARGE 11 of 29 TOTAL CHARGES**                                               Top

Charge: On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.
Disposition: On 05/26/1999, THE CHARGE WAS DISMISSED.
Offense: On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.
Case No: (no case #) (HILO DISTRICT COURT)
Arrest Report No: F-81770
Tracking No: 56837B7

**CHARGE 12 of 29 TOTAL CHARGES**                                               Top

Charge: On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for DISORDERLY CONDUCT (HRS 711-1101) which is coded as being a PETTY MISD.
Disposition: On 05/26/1999, THE CHARGE WAS DISMISSED.
Offense: On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.
Case No: 3P899-1 (HILO DISTRICT COURT)
Arrest Report No: F-81176
Tracking No: 56837B7

**CHARGE 13 of 29 TOTAL CHARGES**                                               Top

Charge: On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for RESISTING ARREST (HRS 710-1026) which is coded as being a MISDEMEANOR.
Disposition: On 05/26/1999, SUBJECT WAS FOUND GUILTY.
Sentence: On 05/26/1999, SUBJECT WAS SENTENCED TO 20 HOUR(S) COMMUNITY SERVICE and 1 YEAR(S) PROBATION.
Offense: On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.

Case No:3P899-2 (HILO DISTRICT COURT)
Arrest Report No: F-81177
Tracking No:56837B7

**CHARGE 14 of 29  TOTAL CHARGES**                                           Top

Charge:On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for OPERATION/REGISTRATION OF MOTOR VEH: NO-FAULT INS (HRS 431:10C104) which is coded as being a VIOLATION.
Disposition:On 05/26/1999, SUBJECT WAS FOUND GUILTY.
Sentence:On 05/26/1999, SUBJECT WAS SENTENCED TO 20 HOUR(S) COMMUNITY SERVICE.
Offense:On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.
Case No:(no case #) (HILO DISTRICT COURT)
Arrest Report No: F-81778
Tracking No:56837B7

**CHARGE 15 of 29  TOTAL CHARGES**                                           Top

Charge:On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for DELINQUENT PENALTIES-VEHICLE TAX (HRS 249-0010) which is coded as being a MISDEMEANOR.
Disposition:On 05/26/1999, SUBJECT WAS FOUND GUILTY.
Sentence:On 05/26/1999, SUBJECT WAS SENTENCED TO 8 HOUR(S) COMMUNITY SERVICE.
Offense:On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.
Case No:(no case #) (HILO DISTRICT COURT)
Arrest Report No: F-81779
Tracking No:56837B7

**CHARGE 16 of 29  TOTAL CHARGES**                                           Top

Charge:On 01/01/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for OPERATION OF A VEHICLE WITHOUT A CERTIFICATE OF INSPECTION (HRS 286-0025) which is coded as being a PETTY MISD.
Disposition:On 05/26/1999, SUBJECT WAS FOUND GUILTY.
Sentence:On 05/26/1999, SUBJECT WAS SENTENCED TO 8 HOUR(S) COMMUNITY SERVICE.
Offense:On 01/01/1999, the offense took place at OPUKEA ST NAALEHU.
Case No:(no case #) (HILO DISTRICT COURT)
Arrest Report No: F-81780
Tracking No:56837B7

**CHARGE 17 of 29  TOTAL CHARGES**                                           Top

Charge:On 07/11/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
Disposition:On 09/05/1997, SUBJECT WAS FOUND GUILTY.
Sentence:On 09/05/1997, SUBJECT WAS SENTENCED TO $100 FINE.
Sentence:On 12/05/1997, SUBJECT WAS RE-SENTENCED TO 20 HOUR(S) COMMUNITY SERVICE.
Case No:(no case #) (HILO DISTRICT COURT)
Arrest Report No: F-32415
Tracking No:65115A3
Reference Case:The case-in-chief for this charge is Report No: N62839 Tracking No: 3757945

**CHARGE 18 of 29  TOTAL CHARGES**                                           Top

Charge:On 09/12/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.
Disposition:On 09/05/1997, SUBJECT WAS FOUND GUILTY.
Sentence:On 09/05/1997, SUBJECT WAS SENTENCED TO 90 DAY(S) DRIVER'S LICENSE SUSPENSION and $150 FINE.
Sentence:
On 12/05/1997, SUBJECT WAS RE-SENTENCED TO 12 HOUR(S) COMMUNITY SERVICE

and 90 DAY(S) DRIVER'S LICENSE SUSPENSION.
Case No: B158-162 (HILO DISTRICT COURT)
Arrest Report No: N62839
Tracking No: 3757945

**CHARGE 19 of 29   TOTAL CHARGES**                                            Top

Charge: On 09/12/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for DWOL-LICENSING (HRS 286-0102) which is coded as being a MISDEMEANOR.
Disposition: On 09/05/1997, SUBJECT WAS FOUND GUILTY.
Sentence: On 09/05/1997, SUBJECT WAS SENTENCED TO $75 FINE.
Case No: B158-162 (HILO DISTRICT COURT)
Arrest Report No: N62840
Tracking No: 3757945
Comments: NOT FOUND IN TRAVIS; (Comment Date: 05/15/1995)

**CHARGE 20 of 29   TOTAL CHARGES**                                            Top

Charge: On 09/12/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for RESISTING AN ORDER TO STOP A MOTOR VEHICLE (HRS 710-1027) which is coded as being a MISDEMEANOR.
Disposition: On 09/05/1997, THE CHARGE WAS NOLLE PROSEQUI.
Case No: B158-162 (HILO DISTRICT COURT)
Arrest Report No: N62841
Tracking No: 3757945

**CHARGE 21 of 29   TOTAL CHARGES**                                            Top

Charge: On 09/12/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for DRIVING WITHOUT LIGHTS (HRS 291-0025) which is coded as being a VIOLATION.
Disposition: On 09/05/1997, THE CHARGE WAS NOLLE PROSEQUI.
Case No: B158-162 (HILO DISTRICT COURT)
Arrest Report No: N62842
Tracking No: 3757945
Comments: NOT FOUND IN TRAVIS; (Comment Date: 05/15/1995)

**CHARGE 22 of 29   TOTAL CHARGES**                                            Top

Charge: On 09/12/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for SPEED LIMIT VIOLATION (HRS 291C-0102) which is coded as being a VIOLATION.
Disposition: On 09/05/1997, THE CHARGE WAS NOLLE PROSEQUI.
Case No: B158-162 (HILO DISTRICT COURT)
Arrest Report No: N62843
Tracking No: 3757945
Comments: NOT FOUND IN TRAVIS; (Comment Date: 05/15/1995)

**CHARGE 23 of 29   TOTAL CHARGES**                                            Top

Charge: On 03/16/1985, subject was arrested by the HONOLULU POLICE DEPARTMENT for PROMOTING A DETRIMENTAL DRUG 3 (HRS 712-1249) which is coded as being a PETTY MISD.
Disposition: On 03/19/1985, SUBJECT WAS FOUND GUILTY.
Sentence: On 09/06/1985, A BENCH WARRANT WAS ISSUED at sentencing.
Case No: 2686 (HONOLULU DISTRICT COURT)
Arrest Report No: K92379
Tracking No: 3339595

**CHARGE 24 of 29   TOTAL CHARGES**                                            Top

Charge: On 08/31/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for INTOX LIQ PROHIBITED IN CERTAIN PUBLIC PLACES (HCO 910-1-14-1) which is coded as being a VIOLATION.

    **Disposition:** On 09/21/1984, BAIL WAS FORFEITED.
    **Case No:** (no case #) (HILO DISTRICT COURT)
    **Arrest Report No:** C-09365
    **Tracking No:** 8098915

**CHARGE 25 of 29   TOTAL CHARGES**                                              Top

    **Charge:** On 07/16/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
    **Disposition:** On 08/06/1984, SUBJECT WAS FOUND GUILTY.
    **Sentence:** On 08/06/1984, SUBJECT WAS SENTENCED TO 7 DAY(S) CONFINEMENT, $25 FINE, and 60 DAY(S) SUSPENDED SENTENCE.
    **Case No:** (no case #) (HILO DISTRICT COURT)
    **Arrest Report No:** C-07398
    **Tracking No:** 8255366

**CHARGE 26 of 29   TOTAL CHARGES**                                              Top

    **Charge:** On 03/26/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
    **Disposition:** On 03/28/1984, THE CHARGE WAS DISMISSED.
    **Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
    **Arrest Report No:** C-2435
    **Tracking No:** 8057051

**CHARGE 27 of 29   TOTAL CHARGES**                                              Top

    **Charge:** On 02/12/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
    **Disposition:** On 03/09/1984, THE CHARGE WAS DISMISSED.
    **Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
    **Arrest Report No:** C-00577
    **Tracking No:** 8094666

**CHARGE 28 of 29   TOTAL CHARGES**                                              Top

    **Charge:** On 06/14/1983, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
    **Disposition:** On 07/01/1983, THE CHARGE WAS DISMISSED.
    **Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
    **Arrest Report No:** B-91622
    **Tracking No:** 8014292

**CHARGE 29 of 29   TOTAL CHARGES**                                              Top

    **Charge:** On 04/19/1983, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.
    **Disposition:** On 07/01/1983, SUBJECT WAS FOUND GUILTY.
    **Sentence:** On 07/01/1983, SUBJECT WAS SENTENCED TO 72 HOUR(S) COMMUNITY SERVICE and 48 HOUR(S) CONFINEMENT.
    **Sentence:** On 04/09/1984, SUBJECT WAS RE-SENTENCED TO 11 HOUR(S) COMMUNITY SERVICE and 60 HOUR(S) CONFINEMENT.
    **Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
    **Arrest Report No:** B-89438
    **Tracking No:** 8076440

**CUSTODY INFORMATION**                                                          Top

No Data Available

**SUPERVISION INFORMATION**                                                      Top

No Data Available

**SEX OFFENDER INFORMATION -Status:**  Top

| No Data Available |
|---|

**TRO/PO INFORMATION**  Top

| No Data Available |
|---|