**EXHIBIT B**

## CJIS-Hawaii CRIMINAL JUSTICE INQUIRY- FULL RAP SHEET
### RYCHENER, DOUGLAS EDWIN

| SID: A0713752 | Soc Sec No: 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 | FBI No: 311484MA8 |
|---|---|---|

**CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY**

| | |
|---|---|
| Address: 34 OHAI ROAD, NAALEHU, HI 96772 (808)929-7642 | Sex: MALE<br>Race: WHITE<br>Date of Birth: 09/30/1965<br>Height: 5'9"<br>Weight: 145 lbs.<br>Hair Color: BROWN<br>Eye Color: BLUE |
| As of Date: 07/03/2001 | |

| Convicted Felon: 01/28/1991 | Career Criminal: |
|---|---|
| US Citizen: Y | Place of Birth: HAWAII |
| Offender Status: PENDING INVEST. | Status Update Date: |
| Multi-State Offender: | Custody Facility: |
| Has Previous Federal Arrest(s): | Latest Arrest Agency: HAWAII PD |
| Has/Had Juvenile Record: | Supervision Agency: |
| DNA Sample: | Fingerprint Class: W W W W W , W W W W W |

Comment Date:
Comments:

Top

### CHARGE SUMMARY

| | Arrest/Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|
| Felonies: | 22 | 8 | 14 | 0 |
| Misdemeanors: | 3 | 0 | 3 | 0 |
| Petty Misdemeanors, Violations: | 2 | 1 | 1 | 0 |
| Total All Severities: | 27 | 9 | 18 | 0 |

| Arrest Add-On | Charge Description | MD | SV | Final/Last Charge | Charge Description | MD | SV | Arrest Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 712-1249.4 | PRO MARIJUANA 1 | | FA | 712-1249.5-89 | PRO MARIJUANA 2 | | FB | 1 | 1 | 0 | 0 |
| 134-0007 | OWN/POSS PROHIB | | FB | | | | | 5 | 1 | 4 | 0 |
| 134-0006 | PL TO KEEP; USE | | FB | | | | | 5 | 2 | 3 | 0 |
| 712-1242 | PRO DANG DR 2 | | FB | | | | | 1 | 0 | 1 | 0 |
| 134-0009 | NO PERMIT CARRY | | FB | 134-0009 | NO PERMIT CARRY | | FC | 1 | 0 | 1 | 0 |
| 134-0007 | OWN/POSS PROHIB | | FB | 134-0007 | OWN/POSS PROHIB | | FC | 1 | 1 | 0 | 0 |
| 329-0043.5 | DRG PARAPHERNAL | | FC | | | | | 3 | 2 | 1 | 0 |
| 134-0007 | OWN/POSS PROHIB | | FC | | | | | 1 | 0 | 1 | 0 |
| 134-0006 | PL TO KEEP; USE | | FC | | | | | 1 | 0 | 1 | 0 |



EXHIBIT B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 712-1243 | PRO DANG DR 3 | FC | | 2 | 1 | 1 | 0 |
| 708-831-87 | THEFT 2 | FC | | 1 | 0 | 1 | 0 |
| 249-0011 | FRAUD USE PLATE | MD | | 1 | 0 | 1 | 0 |
| 134-3-88 | REG FIREARM | MD | | 2 | 0 | 2 | 0 |
| 291-0004 | DRIV UN INF LIQ | PM | | 1 | 1 | 0 | 0 |
| 712-1249 | PRO DET DR 3 | PM | | 1 | 0 | 1 | 0 |

Top

### ADDITIONAL IDENTIFICATION INFORMATION

| Alias | Date of Birth | Soc Sec No |
|---|---|---|
| No Data Available | No Data Available | No Data Available |

| Scars/Marks/Tattoos: Type / Description | Miscellaneous No | |
|---|---|---|
| OTHER    SC FOREHED | HAWAII DRIVERS LICENSE | 576800152 |
| | HAWAII CTY MISC NO | 26790 |

Top

### PRIOR ADDRESS INFORMATION

| Address | Telephone | As of Date |
|---|---|---|
| HOUSE 34 POHAI RD/POB 186 NAALEHU, HI 96772 | | 02/26/2001 |
| OHAI RD HSE 34 OCEAN VIEW, HI 96737 | | 01/24/2001 |

Top

### LIST OF ARRESTS

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile |
|---|---|---|---|---|---|---|
| 61407D3 | 07/03/2001 | HAWAII PD | KU | | | |
| 53738D0 | 02/26/2001 | HAWAII PD | KN | | | |
| 51472D4 | 01/25/2001 | HAWAII PD | KN | | | |
| 51873D9 | 01/24/2001 | HAWAII PD | KN | | | |
| 8580979 | 10/25/1990 | HAWAII PD | | | | |
| 8094583 | 02/10/1984 | HAWAII PD | | | | |

### LIST OF CHARGES

Top

### CHARGE 1 of 27   TOTAL CHARGES

Charge: On 07/03/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 2 (HRS 708-831-87) which is coded as being a FELONY CLASS C.
Disposition: On 07/03/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 06/29/2001, the offense took place at HUALALAI CENTER KAILUA KN..
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-72307
Tracking No: 61407D3
Reference Case: The case-in-chief for this charge is Report No: G-72307 Tracking No: 61407D3

Top

### CHARGE 2 of 27   TOTAL CHARGES

Charge: On 07/03/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for FRAUDULENT USE OF LICENSE PLATE (HRS 249-0011) which is coded as being a MISDEMEANOR.
Disposition: On 07/03/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense: On 06/29/2001, the offense took place at HUALALAI CENTER KAILUA KN..
Case No: (no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-72675
Tracking No: 61407D3
Reference Case: The case-in-chief for this charge is Report No: G-72307 Tracking No: 61407D3

Top

### CHARGE 3 of 27   TOTAL CHARGES

Charge:
On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a

FELONY CLASS B.
Disposition: On 11/07/2001, SUBJECT WAS FOUND GUILTY.
Sentence: On 11/07/2001, SUBJECT WAS SENTENCED TO 10 YEAR(S) CONFINEMENT, to run CONCURRENTLY and 40 MONTH(S) MANDATORY MINIMUM SENTENCE.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55412
Tracking No: 53738D0
Reference Charge: On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

**CHARGE 4 of 27   TOTAL CHARGES**                                                  Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
Final Charge: The final charge was OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS C.
Disposition: On 11/07/2001, SUBJECT WAS FOUND GUILTY.
Sentence: On 11/07/2001, SUBJECT WAS SENTENCED TO 10 YEAR(S) CONFINEMENT, to run CONCURRENTLY and 40 MONTH(S) MANDATORY MINIMUM SENTENCE.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55465
Tracking No: 53738D0
Reference Charge: On 01/24/2001, subject was arrested and subject was released pending further investigation, Tracking No: 51873D9, for this same charge.

**CHARGE 5 of 27   TOTAL CHARGES**                                                  Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for NO PERMIT TO CARRY WEAPON (HRS 134-0009) which is coded as being a FELONY CLASS B.
Final Charge: The final charge was NO PERMIT TO CARRY WEAPON (HRS 134-0009) which is coded as being a FELONY CLASS C.
Disposition: On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55466
Tracking No: 53738D0
Reference Charge: On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

**CHARGE 6 of 27   TOTAL CHARGES**                                                  Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DANGEROUS DRUG 3 (HRS 712-1243) which is coded as being a FELONY CLASS C.
Disposition: On 11/07/2001, SUBJECT WAS FOUND GUILTY.
Sentence: On 11/07/2001, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55585
Tracking No: 53738D0
Reference Charge: On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

### CHARGE 7 of 27  TOTAL CHARGES                                                                Top

**Charge:** On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROHIBITED ACTS RELATED TO DRUG PARAPHERNALIA (HRS 329-0043.5) which is coded as being a FELONY CLASS C.
**Disposition:** On 11/07/2001, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 11/07/2001, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Appeal:** On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
**Offense:** On 01/24/2001, the offense took place at KONA.
**Case No:** CR01-1-031K (KONA CIRCUIT COURT)
**Arrest Report No:** G-55586
**Tracking No:** 53738D0
**Reference Charge:** On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

### CHARGE 8 of 27  TOTAL CHARGES                                                                Top

**Charge:** On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROHIBITED ACTS RELATED TO DRUG PARAPHERNALIA (HRS 329-0043.5) which is coded as being a FELONY CLASS C.
**Disposition:** On 11/07/2001, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 11/07/2001, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Appeal:** On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
**Offense:** On 01/24/2001, the offense took place at KONA.
**Case No:** CR01-1-031K (KONA CIRCUIT COURT)
**Arrest Report No:** G-55588
**Tracking No:** 53738D0
**Reference Charge:** On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

### CHARGE 9 of 27  TOTAL CHARGES                                                                Top

**Charge:** On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a FELONY CLASS B.
**Disposition:** On 11/07/2001, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 11/07/2001, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Appeal:** On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
**Offense:** On 01/24/2001, the offense took place at KONA.
**Case No:** CR01-1-031K (KONA CIRCUIT COURT)
**Arrest Report No:** G-55592
**Tracking No:** 53738D0
**Reference Charge:** On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

### CHARGE 10 of 27  TOTAL CHARGES                                                               Top

**Charge:** On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
**Disposition:** On 11/07/2001, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 11/07/2001, SUBJECT WAS SENTENCED TO 10 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Appeal:** On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
**Offense:** On 01/24/2001, the offense took place at KONA.
**Case No:** CR01-1-031K (KONA CIRCUIT COURT)
**Arrest Report No:** G-55593
**Tracking No:** 53738D0

Reference Charge: On 01/24/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51873D9, for this same charge.

**CHARGE 11 of 27  TOTAL CHARGES**                                                            Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a FELONY CLASS B.
Disposition: On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-1-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55597
Tracking No: 53738D0
Reference Charge: On 01/25/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51472D4, for this same charge.

**CHARGE 12 of 27  TOTAL CHARGES**                                                            Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
Disposition: On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-1-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55598
Tracking No: 53738D0
Reference Charge: On 01/25/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51472D4, for this same charge.

**CHARGE 13 of 27  TOTAL CHARGES**                                                            Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a FELONY CLASS B.
Disposition: On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-1-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55599
Tracking No: 53738D0
Reference Charge: On 01/25/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51472D4, for this same charge.

**CHARGE 14 of 27  TOTAL CHARGES**                                                            Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
Disposition: On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
Appeal: On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
Offense: On 01/24/2001, the offense took place at KONA.
Case No: CR01-1-031K (KONA CIRCUIT COURT)
Arrest Report No: G-55600
Tracking No: 53738D0

**CHARGE 15 of 27  TOTAL CHARGES**                                                            Top

Charge: On 02/26/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a FELONY CLASS B.

**Disposition:** On 12/14/2001, THE CHARGE WAS NOLLE PROSEQUI.
**Appeal:** On 12/05/2001, THE LOWER COURT'S JUDGEMENT WAS APPEALED
**Offense:** On 01/24/2001, the offense took place at KONA.
**Case No:** CR01-1-031K (KONA CIRCUIT COURT)
**Arrest Report No:** G-55601
**Tracking No:** 53738D0
**Reference Charge:** On 01/25/2001, subject was arrested and the charge was dismissed without prejudice, Tracking No: 51472D4, for this same charge.

CHARGE 16 of 27  TOTAL CHARGES                                          Top

**Charge:** On 01/25/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for REGISTRATION,MANDATORY,EXCEPTION (HRS 134-3-88) which is coded as being a MISDEMEANOR.
**Disposition:** On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
**Offense:** On 01/25/2001, the offense took place at KEALAKEHE POLICE STATION.
**Case No:** (no case #) (HAWAII POLICE DEPARTMENT)
**Arrest Report No:** G-55595
**Tracking No:** 51472D4

CHARGE 17 of 27  TOTAL CHARGES                                          Top

**Charge:** On 01/25/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS C.
**Disposition:** On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
**Offense:** On 01/25/2001, the offense took place at KEALAKEHE POLICE STATION.
**Case No:** (no case #) (HAWAII POLICE DEPARTMENT)
**Arrest Report No:** G-55596
**Tracking No:** 51472D4

CHARGE 18 of 27  TOTAL CHARGES                                          Top

**Charge:** On 01/29/2001, subject was charged by the HAWAII PROSECUTORS with OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
**Disposition:** On 02/26/2001, THE CHARGE WAS DISMISSED WITHOUT PREJUDICE.
**Offense:** On 01/25/2001, the offense took place at KEALAKEHE POLICE STATION.
**Case No:** 3P701-104 (KONA DISTRICT COURT)
**Arrest Report No:** G-55600
**Tracking No:** 51472D4

CHARGE 19 of 27  TOTAL CHARGES                                          Top

**Charge:** On 01/25/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS B.
**Disposition:** On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
**Offense:** On 01/25/2001, the offense took place at KEALAKEHE POLICE STATION.
**Case No:** (no case #) (HAWAII POLICE DEPARTMENT)
**Arrest Report No:** G-55600
**Tracking No:** 51472D4
**Comments:** CASE 3P701-104:PHS CON TO 2/26/01; (Comment Date: 02/09/2001)

CHARGE 20 of 27  TOTAL CHARGES                                          Top

**Charge:** On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for REGISTRATION,MANDATORY,EXCEPTION (HRS 134-3-88) which is coded as being a MISDEMEANOR.
**Disposition:** On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
**Offense:** On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.

Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55464
Tracking No:51873D9

CHARGE 21 of 27  TOTAL CHARGES                                                                Top

Charge:On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DANGEROUS DRUG 2 (HRS 712-1242) which is coded as being a FELONY CLASS B.
Disposition:On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense:On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.
Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55480
Tracking No:51873D9

CHARGE 22 of 27  TOTAL CHARGES                                                                Top

Charge:On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DANGEROUS DRUG 3 (HRS 712-1243) which is coded as being a FELONY CLASS C.
Disposition:On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense:On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.
Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55587
Tracking No:51873D9

CHARGE 23 of 27  TOTAL CHARGES                                                                Top

Charge:On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROHIBITED ACTS RELATED TO DRUG PARAPHERNALIA (HRS 329-0043.5) which is coded as being a FELONY CLASS C.
Disposition:On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense:On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.
Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55589
Tracking No:51873D9

CHARGE 24 of 27  TOTAL CHARGES                                                                Top

Charge:On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROH PLACE TO KEEP; USE OF FIREARM IN FELONY (HRS 134-0006) which is coded as being a FELONY CLASS C.
Disposition:On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense:On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.
Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55590
Tracking No:51873D9

CHARGE 25 of 27  TOTAL CHARGES                                                                Top

Charge:On 01/24/2001, subject was arrested by the HAWAII POLICE DEPARTMENT for PROMOTING A DETRIMENTAL DRUG 3 (HRS 712-1249) which is coded as being a PETTY MISD.
Disposition:On 01/29/2001, SUBJECT WAS RELEASED PENDING FURTHER INVESTIGATION.
Offense:On 01/24/2001, the offense took place at RTE 11 NEAR 88 MM KONA.
Case No:(no case #) (HAWAII POLICE DEPARTMENT)
Arrest Report No: G-55591
Tracking No:51873D9

CHARGE 26 of 27  TOTAL CHARGES                                                                Top

Charge:On 10/25/1990, subject was arrested by the HAWAII POLICE DEPARTMENT for

> COMMERCIAL PROMOTION OF MARIJUANA 1 (HRS 712-1249.4) which is coded as being a FELONY CLASS A.
> **Final Charge:** The final charge was COMMERCIAL PROMOTION OF MARIJUANA 2 (HRS 712-1249.5-89) which is coded as being a FELONY CLASS B.
> **Disposition:** On 01/28/1991, SUBJECT WAS FOUND GUILTY.
> **Sentence:** On 07/01/1991, SUBJECT WAS SENTENCED TO 6 MONTH(S) CONFINEMENT, $1500 FINE, 5 YEAR(S) PROBATION, and $750 RESTITUTION.
> **Case No:** CR90-00310 (HAWAII CIRCUIT COURT)
> **Arrest Report No:** D-39555
> **Tracking No:** 8580979

**CHARGE 27 of 27  TOTAL CHARGES**                                                                Top

> **Charge:** On 02/10/1984, subject was arrested by the HAWAII POLICE DEPARTMENT for DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR (HRS 291-0004) which is coded as being a PETTY MISD.
> **Disposition:** On 04/02/1984, SUBJECT WAS FOUND GUILTY.
> **Sentence:** On 04/02/1984, SUBJECT WAS SENTENCED TO 90 DAY(S) DRIVER'S LICENSE SUSPENSION and $150 FINE.
> **Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
> **Arrest Report No:** C-00521
> **Tracking No:** 8094583

**CUSTODY INFORMATION**                                                                            Top
No Data Available

**SUPERVISION INFORMATION**                                                                        Top
No Data Available

**SEX OFFENDER INFORMATION -Status:**                                                              Top
No Data Available

**TRO/PO INFORMATION**                                                                             Top
No Data Available