IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00141 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| DOUGLAS E. RYCHENER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

DECLARATION OF COUNSEL

I, WES REBER PORTER, hereby declare:

1. I am an Assistant U.S. Attorney for the United States Government in the above-entitled case.

2. That the information provided herein is true and accurate and based upon my discussions with the affiant, HCPD Officer Stanley Haanio, and HCPD Detective Ernest Saldua. In addition, both Off. Haanio and Det. Saldua reviewed the pertinent facts section for accuracy.

//

//

//

//

//

//

//

3.  That the attached exhibits "A" and "B" are true and accurate copies of RYCHENER's and CI's criminal history print outs.

I declare under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Executed this September 12, 2003, at Honolulu, Hawaii.

_____
WES REBER PORTER