CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the following on September 12, 2003:

> PAMELA J. BYRNE
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> District of Hawaii
> 300 Ala Moana Blvd., Suite 7104
> P.O. Box 50269
> Honolulu, HI 96850
>
> Attorney for Defendant

_____