ORIGINAL

EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 6 2003

at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

LODGED
SEP 1 2 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00225 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; GOVERNMENT'S |
| | ) | MOTION TO QUASH SUBPOENA DUCES |
| vs. | ) | TECUM, OR, IN THE ALTERNATIVE, |
| | ) | FOR AN IN CAMERA INSPECTION; |
| DOUGLAS E. RYCHENER, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION; DECLARATION OF WES |
| Defendant. | ) | REBER PORTER; EXHIBIT "A"; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Date: SEP 1 7 2003 |
| | ) | Time: 2:00 pm |
| | ) | Judge: BARRY M. KURREN |
| | ) | |
| | ) | Suppression |
| | ) | Hearing: September 24, 2003 |

NOTICE OF MOTION

TO:   PAMELA J. BYRNE
      Office of the Federal Public Defender
      PJKK Federal Building
      300 Ala Moana Blvd., Room #7-104
      Honolulu, Hawaii 96850

      Attorney for Defendant


     PLEASE TAKE NOTICE that the Government's Motion to Quash Subpoena Duces Tecum, or, in the Alternative, for an In Camera Inspection, shall come on for hearing before the Honorable BARRY M. KURREN, presiding judge of the above-entitled court, in his courtroom, 2nd Floor, Prince Kuhio Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 pm .m., on SEP 17 2003 _____, 2003, or as soon thereafter as counsel may be heard.


     DATED: Honolulu, Hawaii, September 12, 2003

                              Respectfully submitted,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By _____
                                 WES REBER PORTER
                                 Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO QUASH |
| | ) | SUBPOENA DUCES TECUM, OR, IN |
| vs. | ) | THE ALTERNATIVE, FOR AN IN- |
| | ) | CAMERA INSPECTION |
| DOUGLAS E. RYCHENER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**GOVERNMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM,
OR, IN THE ALTERNATIVE, FOR AN IN CAMERA INSPECTION**

COMES NOW, the Government, by and through its attorney, Wes Reber Porter, and hereby respectfully moves for an order quashing the subpoena duces tecum issued by Pamela J. Byrne, counsel for Defendant Douglas E. Rychener ("RYCHENER"), or, in the alternative, for an order requiring an in camera inspection of said records.

This motion is brought pursuant to Rules 12, 17(c) and 47 of the Federal Rules of Criminal Procedure, Rule 12.1, et seq., of the Local Criminal Rules of the United States District Court for the District of Hawaii, and is based upon the memorandum in support of the motion, declarations, and exhibit

//
//
//

attached hereto, and the records and pleadings filed in this case.

    DATED: Honolulu, Hawaii, September 12, 2003.

                            Respectfully submitted,

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                    By _____
                            WES REBER PORTER
                            Assistant U.S. Attorney