IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS E. RYCHENER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by mailing the same, postage prepaid:

1)  Pamela J. BYRNE, ESQ.
    Deputy Public Defender
    Office of the Federal Public Defender
    PJKK Federal Building
    300 Ala Moana Boulevard, Room #7-104
    Honolulu, Hawaii 96850

    Attorney for Defendant


2)  Joseph Kamelamela, Esquire
    Corporation Counsel
    Via Facsimile - 808.961.8622

    Attorney for Hawaii County P.D.


DATED: Honolulu, Hawaii, September 12, 2003.

_____