ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 6 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Violent Crimes

LODGED

SEP 1 2 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

WES REBER PORTER
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )    CR. NO. 03-00141 DAE
                               )         06225
              Plaintiff,       )    GOVERNMENT'S EX PARTE MOTION
                               )    TO SHORTEN TIME FOR HEARING ON
        vs.                    )    MOTION TO QUASH SUBPOENA DUCES
                               )    TECUM, OR, IN THE ALTERNATIVE,
                               )    FOR AN IN CAMERA INSPECTION;
DOUGLAS E. RYCHENER,           )    DECLARATION OF WES REBER
                               )    PORTER; ORDER SHORTENING TIME
              Defendant.       )    FOR HEARING ON GOVERNMENT'S EX
                               )    PARTE MOTION TO SHORTEN TIME
                               )    FOR HEARING ON MOTION TO QUASH
                               )    SUBPOENA DUCES TECUM, OR, IN
                               )    THE ALTERNATIVE, FOR AN IN
                               )    CAMERA INSPECTION
                               )
                               )    Date: 9-17-03
                               )    Time: 2 pm
                               )    Judge: BMK
                               )
                               )    Suppression
                               )      Hearing: September 24, 2003
                               )
                               )
_____)

For the reasons stated in the undersigned's declaration, the government herein requests a hearing as soon as counsel may be heard on the GOVERNMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM, OR, IN THE ALTERNATIVE, FOR AN IN CAMERA INSPECTION.

DATED: Honolulu, Hawaii, September 12, 2003

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____

WES REBER PORTER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS E. RYCHENER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

DECLARATION OF COUNSEL

I, WES REBER PORTER, hereby declare:

1.    I am an Assistant U.S. Attorney representing the United States in the above-captioned matter.

2.    That Defendant Douglas RYCHENER ("RYCHENER") has moved to suppress evidence recovered from his residence pursuant to a State of Hawaii search warrant.  If RYCHENER demonstrates that he is entitled to an evidentiary hearing pursuant to Franks v. Delaware, 438 U.S. 154 (1978), then the hearing will take place **September 24, 2003** at 9:00, before the Honorable Lloyd D. George.

3.    That your declarant recently learned that RYCHENER, through counsel, issued a Federal Rule of Evidence Rule 17(c) subpoena to a lieutenant with the Hawaii County Police Department for documents related to the confidential informant ("CI") in the affidavit supporting the search warrant for RYCHENER's residence.

4.    That the subpoena has been attached to the Memorandum in Support of the Government's Motion to Quash as Exhibit "A". Exhibit "A" is a true and correct copy of the Subpoena Duces Tecum issued by Pamela J. Byrne, counsel for Defendant, in this matter.

5.    That the subpoena lists the September 24, 2003 suppression hearing, as opposed to the October 28, 2003 trial date, as the date on the subpoena.  The subpoena calls for the requested documents to **be returned to the Federal Public Defender's Office**, as opposed to the court as required by FRCrP Rule 17(c).  The subpoena also impermissibly mandates that the documents be **returned by September 12, 2003**, twelve (12) before the suppression hearing.

6.    That, in addition, the subpoena requests **nothing but impeachment material** of the CI, another prohibited use of FRCrP Rule 17(c) subpoenas.  See United States v. Fields, 663 F.2d 880, 881(9th Cir. 1981).

7.    That, in sum, the defense has impermissibly issued a subpoena for strictly impeachment material of a witness for a Franks hearing, on September 24, 2003; the defense has not yet demonstrated that they are even entitled to the Franks hearing; the defense impermissibly required that the documents be returnable to them directly; the defense impermissibly required that the documents be returned twelve (12) days before the Franks

2

hearing, if deemed necessary.

8.    That the Corporation Counsel, representing the Hawaii County Police department in this matter, will be joining the government's motion to quash the subpoena.

I declare under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Executed this of September 12, 2003, at Honolulu, Hawaii.

_____
Wes Reber Porter

3

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | ORDER SHORTENING TIME FOR |
| | ) | HEARING ON GOVERNMENT'S EX |
| vs. | ) | PARTE MOTION TO SHORTEN TIME |
| | ) | FOR HEARING ON MOTION TO QUASH |
| DOUGLAS EDWIN RYCHENER, | ) | SUBPOENA DUCES TECUM, OR, IN |
| | ) | THE ALTERNATIVE, FOR AN IN |
| Defendant. | ) | CAMERA INSPECTION |
| | ) | |
| _____ | ) | |

ORDER SHORTENING TIME FOR HEARING ON GOVERNMENT'S EX PARTE MOTION
TO SHORTEN TIME FOR HEARING ON MOTION TO QUASH SUBPOENA DUCES
TECUM, OR, IN THE ALTERNATIVE, FOR AN IN CAMERA INSPECTION

          Based upon the government's motion to shorten time, the

Declaration of Wes Reber Porter and taking judicial notice of the

date of the subject suppression hearing and the date documents

are required by subject subpoena, the Court herein grants the

government's motion to shorten time and schedules a hearing on

the Government's Motion to Quash Subpoena Duces Tecum, or, in the

Alternative, for an In Camera Inspection.  The matter shall come

on for hearing before the Honorable ___BARRY M. KURREN_____,

presiding judge of the above-entitled court, in his/her

courtroom, Prince Kuhio Building, 300 Ala Moana Boulevard,

Honolulu, Hawaii, at __2:00__ p.m., on __SEP 1 7 2003__, 2003.


DATED: __SEP 1 5 2003_____, at Honolulu, Hawaii.


_____
UNITED STATES MAGISTRATE JUDGE


United States v. DOUGLAS RYCHENER
CR. NO. 03-00141 DAE
"ORDER GRANTING GOVERNMENT'S MOTION TO SHORTEN TIME"