ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 7 2003

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

LINCOLN S. T. ASHIDA 4478
Corporation Counsel

JOSEPH K. KAMELAMELA 2493
MICHAEL S. KAGAMI 5317
HARRY P. FREITAS 5633
Deputies Corporation Counsel
County of Hawai'i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Tel. No. 961-8251
Fax No. 961-8622
E-mail address: jkamelamela@co.hawaii.hi.us
Attorneys for Lt. Robert Hickcox,
    Hawai'i Police Department, County of Hawai'i

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS E. RYCHENER,<br><br>Defendant. | Cr. No. 03-00225 DAE<br><br>LT. ROBERT HICKCOX, HAWAI'I POLICE DEPARTMENT, COUNTY OF HAWAI'I'S JOINDER IN GOVERNMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM, OR, IN THE ALTERNATIVE, FOR AN *IN CAMERA* INSPECTION FILED SEPTEMBER 12, 2003 AND STATEMENT OF NONAPPEARANCE; DECLARATION OF JOSEPH K. KAMELAMELA; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:   September 17, 2003<br>Time:   2:00 p.m.<br>Judge: Honorable Barry Kurren |

s:\lit\usa v. rychener\docs\joinder in mtn to quash\9-17-03\JKKfc.wpd

## LT. ROBERT HICKCOX, HAWAI' I POLICE DEPARTMENT, COUNTY OF HAWAI' I'S JOINDER IN GOVERNMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM, OR, IN THE ALTERNATIVE, FOR AN *IN CAMERA* INSPECTION FILED SEPTEMBER 12, 2003 AND STATEMENT OF NONAPPEARANCE

Lt. Robert Hickcox, Hawai'i Police Department, County of Hawai'i

("Lt. Hickcox"), by and through his undersigned counsel, pursuant to Rules 12 and

47 of the Federal Rules of Criminal Procedure and LR7.4, CrimLR 12.2(c) and

CrimLR 12.3 of the Local Rules of Practice for the United States District Court for

the District of Hawai'i, joins and does not oppose the Government's Motion to

Quash Subpoena Duces Tecum, or, in the Alternative, for an *In Camera* Inspection

filed September 12, 2003 ("Government's Motion"). A declaration has been filed

in support of the Government's Motion.

Furthermore, Lt. Hickcox will not appear at the hearing on the

Government's Motion. He further requests that if he must bring the requested

documents to the court, then the court would either order the Office of the Federal

Defender to pay his plane fare, per diem and other reasonable fees to bring the

records to the court, or allow other means, such as mail or facsimile, to transmit

the records to the court.

2

Dated: Hilo, Hawai'i, September 16, 2003.

Respectfully submitted,

JOSEPH K. KAMELAMELA
Deputy Corporation Counsel
County of Hawai'i

-----------------------------------------------------------------------------------------------------------------

United States of America v. Douglas E. Rychener

Cr. No. 03-00225 DAE

Lt. Robert Hickcox, Hawai'i Police Department, County of Hawai'i's Joinder in
Government's Motion to Quash Subpoena Duces Tecum, or, in the Alternative,
For an *In Camera* Inspection filed September 12, 2003, and Notice of
Nonappearance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI' I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 03-00225 DAE |
| Plaintiff, | DECLARATION OF JOSEPH K. KAMELAMELA |
| vs. | |
| DOUGLAS E. RYCHENER, | |
| Defendant. | |

## DECLARATION OF JOSEPH K. KAMELAMELA

I, JOSEPH K. KAMELAMELA, make the following declaration:

1.     I am a deputy corporation counsel employed by the County of

Hawai'i and am assigned to assist in the legal representation of Lt. Robert

Hickcox, Hawai'i Police Department, County of Hawai'i.

2.     I have personal knowledge of and am competent to testify to the

matters hereinafter stated.

3.     Attached as Exhibit "A" to the Government's Motion to Quash

Subpoena Duces Tecum, or, in the Alternative, for an *in camera* Inspection filed

September 12, 2003, is a true and correct copy of the Subpoena Duces Tecum

("Subpoena") issued by Pamela J. Byrne, counsel for Defendant Douglas E.
Rychener, that is related to the instant case.

4.      The confidential informant used in the Su-Mei Billman and Edward
Billman cases is not the same confidential informant used in the John C. Roddy,
Herlynn Cajugal and Douglas E. Rychener cases.

5.      Contrary to the information in the Subpoena, Gerald Fontes was
assaulted by Leonard Kainoa at the Kaʻu Transfer Station and was later arrested
fronting the residence of Bernard Keliikoa, where Fontes was found to be in
possession of a stun gun.

6.      In the event the Subpoena is not quash, I request an *in camera*
inspection to review any and all documents.

7.      I further request that if Lt. Hickcox must bring the requested
documents to the court, then the court would either order the Office of the Federal
Defender to pay his plane fare, per diem and other reasonable fees to bring the
records to the court, or allow other means, such as mail or facsimile, to transmit
the records to the court

I declare under penalty of perjury that the foregoing is true.

Dated at Hilo, Hawaiʻi, September 16, 2003.

JOSEPH K. KAMELAMELA

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 03-00225 DAE |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| DOUGLAS E. RYCHENER, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served

upon the following by facsimile and mailing the same, postage prepaid, on

September 17, 2003:

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawai'i
    RONALD G. JOHNSON
    Chief, Violent Crimes
    WES REBER PORTER
    Assistant U.S. Attorney
    PJKK Federal Bldg., Room 6-100
    300 Ala Moana Boulevard
    Honolulu, Hawai'i 96850
    Fax No. 541-2958

     Attorneys for Plaintiff
     UNITED STATES OF AMERICA

PAMELA J. BYRNE
Deputy Public Defender
Office of the Federal Public Defender
PJKK Federal Building
300 Ala Moana Building, Room #7-104
Honolulu, Hawai'i 96813
Fax No. 541-3545
    Attorney for Defendant
    DOUGLAS E. RYCHENER


JOSEPH K. KAMELAMELA
Deputy Corporation Counsel
County of Hawai'i