PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:   (808) 541-2521
Facsimile:    (808) 541-3545
E-Mail:         fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS RYCHENER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS RYCHENER,<br><br>Defendant. | CR. NO. 03-00225 DAE<br><br>SUPPLEMENTAL EXHIBIT H TO MOTION TO SUPPRESS EVIDENCE FILED AUGUST 8, 2003; CERTIFICATE OF SERVICE<br><br>DATE:   September 24, 2003<br>TIME:   9:00 a.m.<br>JUDGE:  Lloyd George |

**SUPPLEMENTAL EXHIBIT H TO MOTION
TO SUPPRESS EVIDENCE FILED AUGUST 8, 2003**

COMES NOW the defendant, Douglas Rychener, through counsel, Pamela J. Byrne, Assistant Federal Defender, and hereby supplements the Motion to Suppress Evidence filed August 8, 2003 with the attached Exhibit H.

DATED:   Honolulu, Hawaii, September 17, 2003.

PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER

# HAWAII POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2
Report No. H-44809
District KU
Time Assign 1215
Time Arrived 1226

| Field | Value |
|---|---|
| Incident Type | PRO DANG DRUG |
| Code | 185 |
| Reclassify | ☐ Yes |
| Master Rpt. # | ☒ Yes ☐ No |
| F/U | ☐ |
| Status | ☐ Open ☒ Closed |
| Disposition | 9 |
| HRS Section Number | 712-1241 |
| Investigator | Det. Ernest SALDUA |
| Division | NV |
| Beat of Offense | 732 |
| Location Code | 18 |
| Date/Time/Day Reported | 04-08-2003/1215/Tue |
| Date/Time/Day Occurred From | 04-08-2003/1226/Wed |
| Date/Time/Day Occurred To | 04-08-2003/1226/Wed |
| Location of Offense | Naalehu, Kau, HI |

Location options: 1.Residence 2.Apart/Condo 3.Hotel 4.Street 5.Non-Bch Prk 6.Bch Parks 7.Scenic Pt. 8.Gas Stn. 9.Restaurant 10.Bar 11.Store 12.Bank,etc. 13.Jewelry 14.Liquor 15.School 16.Commercial 17.Taxi 18.Other

**Suspect's Name:** Gerald FONTES

**Property Description:** Reported the recovery of a small yellow ziploc cellophane baggie containing crystalline substance with a gross weight of .2 grams.

SUSPENDED

Det. Ernest SALDUA #28
Date/Time: 04-08-2003/1912 hrs
Approved by: Lt. Robert HICKCOX #23

DEFENDANT'S EXHIBIT H

Page 2 of 2
Continuation
Report Number   H-44809

# HAWAII POLICE DEPARTMENT

| Incident Type | Code | Reclassify | Master Rpt # | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| PRO DANG DRUGS | 185 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☐ Open ☒ Closed | 9 | 712-1242 |

| ☐ Victim | Last | First | Middle | Location of Offense |
|---|---|---|---|---|
| ☐ Finder | Det. E. SALDUA | | | Naalehu, Kau, HI |

Vehicle & Property status Code: ST=Stolen  OV=Overdue  LS=Lost  DM=Damaged  WV=Wanted  SV=Suspect  EV=Evidence  IM=Impounded  FN=Found  FF=Forfeiture  Recovered: Yes/No

| Item # | Status | REC. | Serial/Other I.D. | Description or Manufacture/Model/Gun Make/Type – Cal. – Ga | Property Codes | Qty. | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SUMMARY / SYNOPSIS

**INVESTIGATION**

This case was the result of a confidential reliability buy of .2 grams gross weight of crystal methamphetamine for $20.00 by untested informant from Gerald FONTES. A $20 bill with the serial number BB18773751A was utilized in the purchase.

**DISPOSITION**

No prosecution in this case will be sought at this time. The informant will not testify. This case was initiated to test the informant's reliability. It is therefore recommended that this case be suspended.

INV: SUSPENDED

(Continued on back)
Writer: Det. Ernest SALDUA  #28
Date/Time: 04-08-2003/1928 hrs
Approved By: Lt. Robert HICKCOX  #23

HPD FORM 8 (R1 06 15 01)

HAWAII POLICE DEPARTMENT - EVIDENCE/PROPERTY    [X]Evidence   REPORT NO. H-44809    DIST KU
Location _____    [ ]Property
(For Records)    EPR #    PAGE 1 OF 1 PAGES

| INCIDENT TYPE | CODE | RECLASSIFY | MASTER RPT# | F/U | STATUS | DISPOSITION | HRS SECTION NUMBER |
|---|---|---|---|---|---|---|---|
| PRO DANG DRUG | 185 | []Yes [ ]No | []Yes [ ]No | | []Open []Closed | | 712-1242 |

| []Victim LAST FIRST MIDDLE | MAILING ADDRESS | PH NO. RES/BUS |
|---|---|---|
| []Finder Det. E. SALDUA | HCPD/Kona-Vice | 326-4240 |

| RECOVERING OFFICER | BADGE # | LOCATION OF RECOVERY | DATE | TIME |
|---|---|---|---|---|
| Det. E. SALDUA | #28 | Naalehu, Kau, HI | 04-08-2003 | 1226 |

VEHICLE & PROPERTY STATUS CODE:  ST-Stolen   OV-Overdue   LS-Lost   DM-Damaged   SV-Suspect
                                 EV-Evidence IM-Impounded TV-Towed  FN-Found    FF-Forfeiture

| ITEM # | QUANTITY | DESCRIPTION OR MANUFACTURER/MODEL GUN MAKE/TYPE CAL GA | SERIAL/OTHER ID | $ VALUE | PROPERTY CODES | STATUS |
|---|---|---|---|---|---|---|
| 1 | 1 | small yellow ziplock baggie containing cystalline substance, .2 grams gross wt. | | $20.00 | Y other | EV |
| | | 04-08-2003/1831 hrs: NIK Field Test conducted. Presumptive positive for methamphetamine. | | | | |

CHAIN OF CUSTODY    RELEASE AUTHORIZED BY: _____    DATE _____ TIME _____

| ITEM NO. | FROM (SIGNATURE) | RECEIVED BY (SIGNATURE) | DATE | TIME |
|---|---|---|---|---|
| 1 | Det. Ernest SALDUA #28 | [signature] | APR 10 2003 | 1130 |

Owner's Name Last    First    Address    Phone Number
Notified By    Date    Time    Person Notified    Comments

Det. Ernest SALDUA #28  04-08-2003/2013 hrs    Lt. Robert HICKCOX  #23

HPD/PPC-005A    REV: 01-20-97    RECORDS

SUMMARY / SYNOPSIS

Item listed was recovered subsequent to confidential reliability purchase by a confidential informant from Gerald FONTES.

| DISCUSSED BY | DATE | TIME | FINAL DISPOSITION: []Ret Owner []Ret Finer []Ret Agent []Ret County []Other []Finance []Auction []Destroyed |
|---|---|---|---|

DISPOSITION FOR CLOSED/SUSPENDED CASES
1  No Prosecution   3 Unfounded        5 Prosecuted Other Charge   7 Family Court    9 Suspended
2  Record Only      4 Outside Arrest   6 Referred Other Agency     8 Civil Matter   10 Arrested & Charged
30 Investigation Deferred

PROPERTY CODE

| AUTOMOBILE | | G GUN | | | CURRENCY & DOCUMENTS | | VIEWING EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|
| A Engine | Engine Parts | | | | N Forign | Foreign Currency | V Binocu | Binoculars, Microscope |
| A Exteri | Exterior Parts | HOUSEHOLD | | | N Other | Documents | | |
| A Inter | Interior Parts | H Cleaner | Washer, Vacuum | | N US | US Currency | V Light | Light, Flashlight |
| A Other | Misc Parts | H Cooker | Stove, Grill | | | | | |
| A Stereo | Auto Stereo | H Freezer | Freezer | | OFFICE EQUIPMENT | | V Other | Other Viewing |
| | | H Furni | Furniture | | O Comput | Computer Keyboard | | |
| BICYCLE | | H Other | Other Household | | O Other | Other Office | MISCELLANEOUS | |
| B Bicycl | Bicycle | H Proce | Food Processor | | O Printer | Copier, Typewriter | Y Other | Other |
| B Other | Other | H Silver | Silver | | O Teleph | Answering Machine | Y Pets | Pets |
| | | | | | | | Y Serv | Services |
| CAMERA EQUIPMENT | | JEWELRY | | | PERSONAL ACCESSORY | | Y Stock | Stocks |
| C Access | Camera Access | J Badge | Badge, Shield | | P Bag | Bag, Purse, Luggage | Y Struct | Structure |
| C Camera | Camera | J Bracel | Bracelet | | P Clothe | Clothing | | |
| C Lens | Camera Lens | J Earin | Earrings | | P Other | Other Personal | | |
| C Other | Camera Other | J Metals | Precious Metals | | | | | |
| | | J Neckla | Necklace | | AUDIO/VIDEO EQUIP | | | |
| EQUIP & TOOLS | | J Other | Other Jewelry | | R Other | Other Audio Visual | | |
| E Compre | Compressor, AC | J Pendan | Pendant, Locket | | R Portab | Radio | | |
| E Drill | Drill | J Pin | Pin | | R Senrec | 2-Way Radio | | |
| E Gener | Generator | J Ring | Ring | | R Stereo | Stereo | | |
| E Hand | Hand Tools | J Watch | Watch | | R TV | Television | | |
| E Heavy | Farm, Garden | | | | R VCR | Video Recorder | | |
| E Lift | Lift, Ladder | MUSICAL INSTRUMENTS | | | | | | |
| E Measur | Meter, Sorter | M Other | Other Musical | | SPORTS EQUIPMENT | | | |
| E Other | Other | M Percu | Piano, Percussion | | S Ball | Ball, Golf, Racquet | | |
| E Power | Power Tools | M String | String Instrument | | S Fishin | Fishing, Scuba | | |
| | | M Wind | Wind Instrument | | S Gun | | | |

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 17, 2003:

>WES REBER PORTER
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii   96813
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, September 17, 2003.

*Christina Fuller*
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER