

**ORIGINAL**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
Email: fpdhi@hotmail.com




FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2003

at ___ o'clock and ___ min. __ M.
WALTER A. Y. H. CHINN, CLERK

Attorneys for Defendant
DOUGLAS RYCHENER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00225 DAE |
|---|---|
| Plaintiff, | ) |
| | ) AFFIDAVIT OF LEO B. CASEY IN |
| | ) RESPONSE TO GOVERNMENT'S |
| vs. | ) MOTION TO QUASH SUBPOENA |
| | ) DUCES TECUM; CERTIFICATE |
| DOUGLAS RYCHENER, | ) OF SERVICE |
| | ) |
| Defendant. | ) DATE: September 17, 2003 |
| | ) TIME: 2:00 p.m. |
| | ) JUDGE: Barry M. Kurren |

**AFFIDAVIT OF LEO B. CASEY IN RESPONSE TO
GOVERNMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM**

Defendant, Douglas Rychener, through counsel, Pamela J. Byrne,

Assistant Federal Defender, hereby submits to the Court the attached Affidavit



of Leo B. Casey in Response to Government's Motion to Quash Subpoena Duces Tecum filed September 16, 2003.

    DATED: Honolulu, Hawaii, September 17, 2003.

*[signature]*
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER

|                              |   |     |
|------------------------------|---|-----|
| STATE OF HAWAII              | ) |     |
|                              | ) | SS. |
| CITY AND COUNTY OF HONOLULU  | ) |     |

### AFFIDAVIT OF LEO B. CASEY

Affiant having first been duly sworn under oath deposes and says that:

1. I am investigator with the office of the Federal Public Defender;

2. On August 18, 2003, I spoke with Lt. Edwin Tanaka, Custodian of Records for the Hawaii County Police Department, wherein I asked him if he would accept a subpoena duces tecum sent via facsimile machine, which He declined;

3. On August 19, 2003, I informed Lt. Tanaka that I would be serving him the subpoena duces tecum in person on August 20, 2003 pursuant to his request;

4. On August 19, 2003 I sent Lt. Tanaka a five page fax with a cover letter with the notation, "Please check with CIU to see if there is a confidential informant agreement for Gerald Fontes. His supervisors would be Ernest Saldua/Stanley Ha'anio. This subpoena duces tecum is filed under seal (confidential). The US Attorney's office **shall not be informed.** Thank you."

5. On August 20, 2003, I served Lt. Tanaka the subpoena duces tecum in person at the Hilo Police Station. He informed me that he faxed the subpoena duces tecum along with the order stating that these documents were under seal to Kona CIU;

6. On August 22, 2003, our office received records from the Hawaii County Police Department which included only one report from Kona Vice, this prompted our second subpoena duces tecum which requested, with specificity, reports held back by Kona CIU or Kona Vice;

7. On September 5, 2003, I served this second subpoena duces tecum directed to Lt. Robert Hickok on Captain Julian Shiroma at the Kealakehe Station;

8. While Lt. Tanaka honored the "under seal" designation of the initial subpoena duces tecum, Lt. Hickok did not and Lt. Hickok notified the U.S. Attorney's office of the subpoena duces tecum and furnished the U.S. Attorney with a faxed copy of the subpoena duces tecum;

9. The Kona CIU and Vice did not comply with the original subpoena duces tecum of August 20, 2003, necessitating the filing of a second subpoena duces tecum;

10. Lt. Hickok violated the Court's order designating the subpoena duces tecum as under seal.

Further affiant sayeth naught.

_____
LEO B. CASEY

Subscribed and sworn/affirmed to before me this 17th day of September, 2003
by _____.

_____
Notary Public, State of Hawaii
My commission expires: 2/18/04

L.S.

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 17, 2003:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, September 17, 2003.

_____
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER