# MINUTES

```
                                          FILED IN THE
                                   UNITED STATES DISTRICT COURT
                                        DISTRICT OF HAWAII
                                      09/17/2003 4:30 PM
                                   WALTER A.Y.H. CHINN, CLERK
```

CASE NUMBER:   CR 03-00225DAE

CASE NAME:     United States of America    vs. Douglas Edwin Rychener

ATTYS FOR PLA:                    ATTYS FOR DEF:
Wes Porter                        Pamela J. Byrne

INTERPRETER:

JUDGE:  JUDGE BARRY M. KURREN      REPORTER:  C6 TAPE 1461

DATE:   09/17/2003                 TIME:      2:12 - 2:35

                                   ROOM:      COURTROOM 6

**COURT ACTION:** EP

Government's Motion to Quash Subpoena Duces Tecum, or, in the Alternative, for an In Camera Inspection - GRANTED.

Documents to be brought to the court and held under seal.

Deft's presence waived.


Submitted by: Richlyn Young, Courtroom Manager

*Created: 09/17/2003 03:59:08 PM*                      Document: 57548172