# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/23/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 03-00225DAE

CASE NAME:       USA v. Douglas Edwin Rychener

ATTYS FOR PLA:   Wes Porter

ATTYS FOR DEFT:  Pamela Byrne

INTERPRETER:

---

JUDGE:   Lloyd D. George          REPORTER:   Cynthia Fazio

DATE:    9/23/2003                TIME:       2:10pm-3:00pm

---

COURT ACTION:   EP:  Frank's Hearing.

Defendant Douglas Edwin Rychener present in custody.

Frank's hearing-DENIED.

Court to prepare order.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\cr 03-225.wpd