

**Richlyn Young**

09/29/2003 08:08 AM

To: HIDml_CR Notice Group
cc:
Subject: CR 03-00225DAE  USA v. Douglas Rychener

Motion to Withdraw Not Guilty Plea and to Plead Anew as to Douglas Rychener is set for 10-21-03 @ 10 a.m., LEK. All other dates have been vacated.

AUSA:  Wes Porter
Deft's counsel:  Pamela Byrne

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2003

at 5 o'clock and ___ min, ___ M
WALTER A. Y. H. CHINN, CLERK