ORIGINAL

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

16 OCT 2 1 2003

at ___ o'clock and __5__ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00225 DAE |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN A |
| | ) | FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| DOUGLAS E. RYCHENER, | ) | |
| | ) | COP Date: October 21, 2003 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Judge:   Leslie E. Kobayashi |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

        I have been advised by my attorney and by the United

States Magistrate Judge of my right to enter my plea in this case

before a United States District Judge.  I hereby declare my

intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the

proceedings required by Federal Rules of Criminal Procedure

38

("FRCrP") Rule 11, incident to the making of such plea.  I
understand that if the United States Magistrate Judge recommends
that the plea of guilty be accepted, a presentence investigation
and report will be ordered pursuant to FRCrP Rule 32.  I further
understand that the assigned United States District Judge will
then act on the Magistrate Judge's Report and Recommendation;
and, if the plea of guilty is accepted, will adjudicate guilt and
schedule a sentencing hearing at which the District Judge will
decide whether to accept or reject any associated plea agreement,
and will determine and impose sentence.

DATE: October 21, 2003, Honolulu, Hawaii.

_____
DOUGLAS E. RYCHENER
Defendant

_____
PAMELA J. BYRNE
Attorney for Defendant

APPROVED:

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. DOUGLAS E. RYCHENER
CR. NO. 03-00225 DAE
"CONSENT TO RULE 11 PLEA IN A FELONY CASE
    BEFORE UNITED STATES MAGISTRATE JUDGE"

2