# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/21/03  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR NO. 03-00225DAE

CASE NAME:       USA vs. DOUGLAS EDWIN RYCHENER

ATTYS FOR PLA:   Wes Porter

ATTYS FOR DEFT:  Pamela J. Byrne

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    Courtroom 6-Tape 1474

DATE:     10/21/03                     TIME:        10:12-10:29

COURT ACTION: EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to the Indictment set for 2:15 p.m. 7/6/04 before Judge David Alan Ezra.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager