

ORIGINAL

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 5 2004

at 10 o'clock and 18 min. A.M.
WALTER A.Y.H. CHINN  CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00225 DAE |
| Plaintiff, ) | GOVERNMENT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. ) | |
| DOUGLAS E. RYCHENER, ) | |
| Defendant. ) | |

### GOVERNMENT'S NOTICE OF NON-OBJECTION

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: February 4, 2004, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        By_____
        WES REBER PORTER
        Assistant U.S. Attorney



CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons:

1)  Pamela J. Byrne
    Asst. Federal Public Defender
    Office of the Federal Public Defender
    District of Hawaii
    300 Ala Moana Blvd., Room 7-104
    Honolulu, HI 96850

    Counsel for Defendant
    DOUGLAS E. RYCHENER

2)  U.S. PROBATION OFFICE
    Attn: Malia L. Eversole
    District of Hawaii
    300 Ala Moana Blvd., Rm. C-110
    Honolulu, HI 96850-0001

DATED: February 5, 2004, at Honolulu, Hawaii.