PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE   #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:   fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS RYCHENER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00225 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
| | ) THE DRAFT PRESENTENCE |
| vs. | ) REPORT; CERTIFICATE OF |
| | ) SERVICE |
| DOUGLAS RYCHENER, | ) |
| | ) DATE:   July 6, 2004 |
| Defendant. | ) TIME:   2:15 p.m. |
| | ) JUDGE:   David A. Ezra |

**DEFENDANT'S RESPONSE TO THE DRAFT PRESENTENCE REPORT**

Defendant, Douglas Rychener, by and through counsel, Pamela J. Byrne, Assistant Federal Public Defender, respectfully states he has no factual or legal objections to the findings and conclusions of the draft presentence report.

DATED: Honolulu, Hawaii, February 12, 2004.

_____
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 12, 2004:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

MALIA EVERSOLE
Senior United States Probation Officer
300 Ala Moana Blvd., C-110
Honolulu, Hawaii  96850

DATED:  Honolulu, Hawaii, February 12, 2004.

_____
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS RYCHENER