

ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE     #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
DOUGLAS E. RYCHENER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-0225 DAE |
| Plaintiff, | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | |
| DOUGLAS E. RYCHENER, | |
| Defendant. | |

### NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant

Douglas E. Rychener, through counsel, Pamela J. Byrne, Assistant Federal

Defender, hereby appeals to the United States Court of Appeals for the Ninth



Circuit from the Order filed by the Honorable Lloyd D. George on September 24, 2003, on the Motion to Suppress filed August 8, 2003.

DATED: Honolulu, Hawaii, July 9, 2004.

_____
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS D. RYCHENER

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 9, 2004:

>WES REBER PORTER
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii   96813
>
>Attorney for Plaintiff-Appellee
>UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, July 9, 2004.

*Christina Fuller*
_____
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
DOUGLAS E. RYCHENER