# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/27/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 03-00225DAE

CASE NAME:      USA v. Douglas Edwin Rychener

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra          REPORTER:

DATE:    7/27/2004                TIME:

COURT ACTION:  EO: Sentencing to Count 1 of the Indictment as to Defendant Douglas Edwin Rychener. Defendant's Motion for Downward Departure.

**<u>AMENDED</u>**

SENTENCE:

Imprisonment:   23 MONTHS, to be served concurrently with the undischarged State term of imprisonment imposed under criminal number 01-1-0031K.

Supervised Release:  3 YEARS

Submitted by:  Theresa Lam, Courtroom Manager