# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Douglas Edwin Rychener

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 04-10414

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00225 DAE

II. **DATE NOTICE OF APPEAL FILED:** 7/9/04

**RECEIVED**
CLERK, U.S. DISTRICT COURT
AUG 09 2004
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**     YES

   **IF YES, SHOW DATE:** 4/28/03     **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

---

AMENDED NOTIFICATION _____     PAID _____     F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)