IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 9 2004

at __16__ o'clock and __46__ min ____ M.
WALTER A.Y.H. CHINN, CLERK

U.S. Court of Appeals Case No. __04-10414__  U.S. District Court Case No. __03-00225 DAE__

Short Case Title __United States v. Douglas Edwin Rychener__

Date Notice of Appeal Filed by Clerk of District Court __July 9, 2004__

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| September 23, 2003 | Cynthia Fazio | Other (please specify) Frank's Hearing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __August 19, 2004__    Estimated date for completion of transcript __September 20, 2004__

Print Name of Attorney __Pamela J. Byrne, Asst. Federal Defender__    Phone Number __(808)541-2521__

Signature of Attorney __Pamela J. B.__

Address __300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850__

SECTION B - To be completed by court reporter

I, _____ have received this designation.
            (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK