IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 1 9 2004
at 1 o'clock and 45 min. __ M.
WALTER A.Y.H. CHINN, CLERK

U.S. Court of Appeals Case No. 04-10414    U.S. District Court Case No. 03-00225 DAE

Short Case Title ____ United States v. Douglas Edwin Rychener ____

Date Notice of Appeal Filed by Clerk of District Court ____ July 9, 2004 ____

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| September 23, 2003 | Cynthia Fazio | Other (please specify) Frank's Hearing |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 17 2004
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2004
at 10 o'clock and 20 min. A.M.
WALTER A.Y.H. CHINN, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __ August 19, 2004 __    Estimated date for completion of transcript __ September 20, 2004 __

Print Name of Attorney __ Pamela J. Byrne, Asst. Federal Defender __    Phone Number __ (808)541-2521 __

Signature of Attorney __ Pamela J __

Address __ 300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850 __

SECTION B - To be completed by court reporter

I, __ Cynthia Fazio __ (signature of court reporter) have received this designation.
(✓) Arrangements for payment were made on __ 8/19/04 __
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__ 31 __ Approximate Number of Pages in Transcript--Due Date __ 9/20/04 __

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __ 9/17/04 __    Court Reporter's Signature __ Cynthia Fazio __

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    __ 09/23/04 __    BY: __ Alison [signature] __
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

\* \* LABEL LIST \* \*

Case Number:1:03-cr-00225

Wes Porter, Esq.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI  96850

Pamela J. Byrne, Esq.
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI  96813