| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* CR 03-00225DAE-01 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)* CR 07-244 RSM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: DOUGLAS EDWIN RYCHENER | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM     TO |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

JUL 16 2007

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

**OFFENSE**

FELON IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____        _____
Date: June 21, 2007                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
July 9, 2007
Effective Date                           United States District Judge