**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST LOBBY LEVEL
SEATTLE, WASHINGTON 98101

July 10, 2007

Walter A.Y.H. Chinn
Clerk
United States District Court
C-338 Prince Kuhio Federal Building
330 Ala Moana Boulevard
Honolulu, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 16 2007
DISTRICT OF HAWAII

RE:   **Probation Jurisdiction Transfer of Douglas Edwin Rychener**
      Our Case CR07-244RSM
      Your Case CR 03-00225DAE-01

Dear Mr. Chin:

Enclosed please find an **original** signed order accepting the jurisdiction transfer of defendant **Douglas Edwin Rychener** to the Western District of Washington. Would you please forward **certified** copies of the Indictment/Information, Judgment and Commitment Order and docket sheet on this individual so that we may statistically terminate our file?

Additionally, please forward copies of the payment history and, if restitution is involved, names and addresses of victims.

Sincerely,

BRUCE RIFKIN, Clerk

*Lois Gamble Duncan*
By Lois Gamble Duncan

Enclosures

cc:   USPO
      file