**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

July 31, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Western District of Washington
Office of the Clerk
700 Stewart Street, Lobby Level
Seattle, Washington 98101

      RE:      U.S.A. vs. Douglas Edwin Rychener
                 USDC HAWAII CR. 03-00225DAE-01
                 **USDC W.D. Washington  2:07-cr-00244-RSM**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

    ( X ) Indictment
    ( X ) Memorandum of Plea Agreement
    ( X ) Judgment in a Criminal Case
    ( X ) Transfer of Jurisdiction
    ( X ) Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

                                           Very truly yours,

                                           SUE BEITIA, Clerk

                                           by: *[signature]*
                                              Deputy Clerk, Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
        U.S. Probation - Washington (Seattle)

**Receipt is acknowledged by:**  Clerk, U.S. District Court

Dated: _____   by: _____