UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 13 2007

DISTRICT OF HAWAII

July 31, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Western District of Washington
Office of the Clerk
700 Stewart Street, Lobby Level
Seattle, Washington 98101

FILED
LODGED
RECEIVED    MAIL

AUG 06 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

RE:    U.S.A. vs. Douglas Edwin Rychener
       USDC HAWAII CR. 03-00225DAE-01
       **USDC W.D. Washington  2:07-cr-00244-RSM**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Indictment
( X ) Memorandum of Plea Agreement
( X ) Judgment in a Criminal Case
( X ) Transfer of Jurisdiction
( X ) Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Deputy Clerk, Docketing Section

encl.
cc:  U.S. Probation - Honolulu, Hawaii
     U.S. Probation - Washington (Seattle)

**Receipt is acknowledged by:**  Clerk, U.S. District Court

Dated: 8/07/07     by: *[signature] Lois Gamble Duncan*